# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JONATHON HOWARD BECK, ) | |
| # 12643-509, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 20-00137-CG-B |
| vs. ) | CIVIL ACTION 24-00016-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2024 (Doc. 100) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Jonathon Howard Beck's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 93) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner Beck is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 20th day of June, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE