IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHON HOWARD BECK, ) | |
| # 12643-509, ) | |
| ) | |
| Petitioner, ) | |
| ) | CRIMINAL NO. 20-00137-CG-B |
| vs. ) | CIVIL ACTION 24-00016-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date denying Petitioner Jonathon Howard Beck's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, the United States of America, and against the Petitioner, Jonathon Howard Beck**,** and that Petitioner Beck is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 20th day of June, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE