# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 23, 2025

Clerk - Southern District of Alabama
U.S. District Court
155 ST JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 24-12543-C
Case Style: Jonathon Beck v. USA
District Court Docket No: 1:24-cv-00016-CG-B
Secondary Case Number: 1:20-cr-00137-CG-B

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:         404-335-6122
Case Administration:     404-335-6135     Capital Cases:               404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument: 404-335-6141

REINST-1 Court Order Reinstatement

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 24-12543

_____

JONATHON HOWARD BECK,

                                                      Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

                                                       Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:24-cv-00016-CG-B

_____

Before NEWSOM and ABUDU, Circuit Judges.

2                    Order of the Court                    24-12543

BY THE COURT:

    The motion to reinstate filed by the Appellant(s) is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to re-file the motion.